

United States District Court
Eastern District of California

| Jerry Ray |
|---|
Plaintiff(s)

V.

| Alliance for Federal Employees, Inc. |
|---|
Defendant(s)

Case Number: 2:25-cv-00617-TLN-AC

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Bradford G. Harvey hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Alliance for Federal Employees, Inc.

On 11/14/1995 (date), I was admitted to practice and presently in good standing in the State of Tennessee (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 3/18/2025

Signature of Applicant: /s/ Bradford G. Harvey

**Pro Hac Vice Attorney**

Applicant's Name: Bradford G. Harvey
Law Firm Name: Miller & Martin PLLC
Address: 832 Georgia Avenue
Volunteer Building Suite 1200
City: Chattanooga   State: TN   Zip: 37402
Phone Number w/Area Code: (423) 756-6600
City and State of Residence: Hixson, Tennessee
Primary E-mail Address: brad.harvey@millermartin.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: John J. Atallah
Law Firm Name: Foley & Lardner LLP
Address: 555 South Flower Street
Suite 3300
City: Los Angeles   State: CA   Zip: 90071-2418
Phone Number w/Area Code: (213) 972-4500   Bar #: 294116

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 19, 2025

_____
JUDGE, U.S. DISTRICT COURT